Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 2-1

**Date of payment change:**
Must be at least 21 days after date of this notice: 12/01/2020

**New total payment:**
Principal, interest, and escrow, if any: $1212.30

**Last 4 digits** of any number you use to identify the debtor's account: 5 8 5 4

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $405.43     New escrow payment: $410.76

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Robert William McKiddie, Barbara Lynn McKiddie | Case number (if known) | 2044442 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Ashley Britton                           Date  10/16/2020
Signature

Print: Ashley Britton                          VP Loan Documentation
       First Name   Middle Name   Last Name   Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number           Street
         1000 Blue Gentian Road
         Address 2
         Eagan                    MN       55121-7700
         City                     State    ZIP Code

Contact phone  800-274-7025        NoticeOfPaymentChangeInquiries@wellsfargo.com
                                   Email

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

ROBERT W MCKIDDIE
BARBARA L MCKIDDIE
42142 GLORIA DR
CANTON MI 48187-3834

**What you need to know about your escrow account**
You may still be recovering from the impact of COVID-19. We understand that you've been focused on what matters most — your health and the health and safety of the people you care for — so we're providing some information about your escrow account.

You may still be on payment suspension. Your payment may change during this time because of this escrow analysis. Rest assured that at the end of your payment suspension, we will work with you on next steps, including ways to pay an escrow shortage.

**We'll continue to analyze your account**
Throughout this payment suspension period, we'll continue to analyze your account and pay your tax bills, insurance bills, or both. The enclosed statement provides a complete summary of your most recent escrow activity and explains any changes that have occurred with your escrow bills as we look to the upcoming year.

**We're here to help**
We know that this has been a difficult time. If you have questions, please call us at the number listed on the enclosed escrow review statement.

| | **Return Mail Operations**<br>PO Box 14547<br>Des Moines, IA 50306-4547 | **Escrow Review Statement**<br>*For informational purposes only*<br>**Statement Date:** October 8, 2020<br>**Loan number:**<br>**Property address:**<br>　　42142  GLORIA DR<br>　　CANTON MI 48187-3834 |
|---|---|---|

### Customer Service

 **Online**　　　　　　　　 **Telephone**
wellsfargo.com　　　　　　1-800-340-0473

 **Correspondence**　　　 **Hours of operation**
PO Box 10335　　　　　　Mon - Fri 7 a.m. - 7 p.m. CT
Des Moines, IA 50306

 **To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

ROBERT W MCKIDDIE
BARBARA L MCKIDDIE
42142 GLORIA DR
CANTON MI 48187-3834

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **December 1, 2020** payment, the contractual portion of the escrow payment **increases**.

> **The escrow account has a shortage of $33.21**

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

| | Previous payment through<br>11/01/2020 payment date | New payment beginning with<br>the 12/01/2020 payment |
|---|---|---|
| **Principal and/or interest** | $801.54 | $801.54 |
| **Escrow payment** | $405.43 | $410.76 |
| **Total payment amount** | $1,206.97 | $1,212.30 |

**Option 1: No action required**

Starting **December 1, 2020** the new contractual payment amount will be **$1,212.30**

### Option 2 — Pay the shortage amount of $33.21

| | Previous payment through<br>11/01/2020 payment date | New payment beginning with<br>the 12/01/2020 payment |
|---|---|---|
| **Principal and/or interest** | $801.54 | $801.54 |
| **Escrow payment** | $405.43 | $407.99 |
| **Total payment amount** | $1,206.97 | $1,209.53 |

**Option 2: Pay shortage in full**

Starting **December 1, 2020** the new contractual payment amount will be **$1,209.53**

**See Page 2 for additional details.**

---



ROBERT W MCKIDDIE
BARBARA L MCKIDDIE

Wells Fargo Home Mortgage
PO Box 10394
Des Moines, IA 50306-0394

*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for $33.21 to the address that appears on this coupon.

This payment must be received no later than **December 1, 2020**.

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $1,902.13. For the coming year, we expect the amount paid from escrow to be $4,895.82.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

| | 06/18 - 05/19 (Actual) | 06/19 - 05/20 (Actual) | 04/20 - 10/20 (Actual) | 12/20 - 11/21 (Projected) | | # of months | | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $4,440.02 | $3,552.17 | $1,559.53 | $3,582.82 | ÷ | 12 | = | $298.57 |
| **Property insurance** | $2,303.52 | $1,313.00 | $0.00 | $1,313.00 | ÷ | 12 | = | $109.42 |
| **Total taxes and insurance** | $6,743.54 | $4,865.17 | $1,559.53 | $4,895.82 | ÷ | 12 | = | **$407.99** |
| **Escrow shortage** | $40.64 | $1,350.90 | $0.00 | $33.21 | ÷ | 12 | = | $2.77** |
| **Mortgage insurance** | $714.12 | $694.98 | $342.60 | $0.00 | ÷ | 12 | = | $0.00 |
| **Total escrow** | $7,498.30 | $6,911.05 | $1,902.13 | $4,929.03 | ÷ | 12 | = | $410.76 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| | | | |
|---|---|---|---|
| Lowest projected escrow balance December, 2020 | | -$39.07 | (Calculated in Part 3 - Escrow account projections table) |
| Bankruptcy adjustment‡ | + | $821.84 | |
| Minimum balance for the escrow account† | - | $815.98 | (Calculated as: $407.99 X 2 months) |
| **Escrow shortage** | = | -$33.21 | |

‡This adjustment of $821.84, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Part 3 - Escrow account projections

Escrow account projections from December, 2020 to November, 2021

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Nov 2020 | | | Starting balance | $2,889.23 | $3,744.28 |
| Dec 2020 | $407.99 | $2,023.29 | CANTON CHARTER TWP (W) | $1,273.93 | $2,128.98 |
| Dec 2020 | $0.00 | $1,313.00 | CITIZENS INS COMPANY | -$39.07 | $815.98 |
| Jan 2021 | $407.99 | $0.00 | | $368.92 | $1,223.97 |
| Feb 2021 | $407.99 | $0.00 | | $776.91 | $1,631.96 |
| Mar 2021 | $407.99 | $0.00 | | $1,184.90 | $2,039.95 |
| Apr 2021 | $407.99 | $0.00 | | $1,592.89 | $2,447.94 |
| May 2021 | $407.99 | $0.00 | | $2,000.88 | $2,855.93 |
| Jun 2021 | $407.99 | $0.00 | | $2,408.87 | $3,263.92 |
| Jul 2021 | $407.99 | $0.00 | | $2,816.86 | $3,671.91 |
| Aug 2021 | $407.99 | $1,559.53 | CANTON CHARTER TWP (W) | $1,665.32 | $2,520.37 |
| Sep 2021 | $407.99 | $0.00 | | $2,073.31 | $2,928.36 |
| Oct 2021 | $407.99 | $0.00 | | $2,481.30 | $3,336.35 |
| Nov 2021 | $407.99 | $0.00 | | $2,889.29 | $3,744.34 |
| Totals | $4,895.88 | $4,895.82 | | | |

## Part 4 - Escrow account history

Escrow account activity from April, 2020 to November, 2020

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Apr 2020 | | | | | | | Starting Balance | $321.48 | $2,027.16 | -$1,705.68 |
| Apr 2020 | $0.00 | $462.53 | -$462.53 | $0.00 | $57.10 | -$57.10 | FHA Insurance | $321.48 | $2,432.59 | -$2,111.11 |
| Apr 2020 | $0.00 | $0.00 | $0.00 | $57.10 | $0.00 | $57.10 | FHA Insurance | $264.38 | $2,432.59 | -$2,168.21 |
| May 2020 | $0.00 | $462.53 | -$462.53 | $0.00 | $57.10 | -$57.10 | FHA Insurance | $264.38 | $2,838.02 | -$2,573.64 |
| May 2020 | $0.00 | $0.00 | $0.00 | $57.10 | $0.00 | $57.10 | FHA Insurance | $207.28 | $2,838.02 | -$2,630.74 |
| Jun 2020 | $0.00 | $462.53 | -$462.53 | $0.00 | $57.10 | -$57.10 | FHA Insurance | $207.28 | $3,243.45 | -$3,036.17 |
| Jun 2020 | $0.00 | $0.00 | $0.00 | $57.10 | $0.00 | $57.10 | FHA Insurance | $150.18 | $3,243.45 | -$3,093.27 |
| Jul 2020 | $0.00 | $462.53 | -$462.53 | $0.00 | $57.10 | -$57.10 | FHA Insurance | $150.18 | $3,648.88 | -$3,498.70 |
| Jul 2020 | $0.00 | $0.00 | $0.00 | $57.10 | $0.00 | $57.10 | FHA Insurance | $93.08 | $3,648.88 | -$3,555.80 |
| Aug 2020 | $0.00 | $462.53 | -$462.53 | $0.00 | $57.10 | -$57.10 | FHA Insurance | $93.08 | $4,054.31 | -$3,961.23 |
| Aug 2020 | $0.00 | $0.00 | $0.00 | $1,559.53 | $1,528.88 | $30.65 | CANTON CHARTER TWP (W) | -$1,466.45 | $2,525.43 | -$3,991.88 |
| Aug 2020 | $0.00 | $0.00 | $0.00 | $57.10 | $0.00 | $57.10 | FHA Insurance | -$1,523.55 | $2,525.43 | -$4,048.98 |
| Sep 2020 | $0.00 | $462.53 | -$462.53 | $0.00 | $57.10 | -$57.10 | FHA Insurance | -$1,523.55 | $2,930.86 | -$4,454.41 |
| Sep 2020 | $0.00 | $0.00 | $0.00 | $57.10 | $0.00 | $57.10 | FHA Insurance | -$1,580.65 | $2,930.86 | -$4,511.51 |
| Oct 2020 (estimate) | $4,064.45 | $462.53 | $3,601.92 | $0.00 | $57.10 | -$57.10 | FHA Insurance | $2,483.80 | $3,336.29 | -$852.49 |
| Nov 2020 (estimate) | $405.43 | $462.53 | -$57.10 | $0.00 | $57.10 | -$57.10 | FHA Insurance | $2,889.23 | $3,741.72 | -$852.49 |
| Totals | $4,469.88 | $3,700.24 | $769.64 | $1,902.13 | $1,985.68 | -$83.55 | | | | |