# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 20-44442-mlo |
| Robert William McKiddie<br>Barbara Lynn McKiddie | Chapter 13 |
| Debtors. | Judge Maria L. Oxholm |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Eastern District of Michigan, and enters an appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT, in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 20-44442-mlo |
| Robert William McKiddie<br>Barbara Lynn McKiddie | Chapter 13 |
| Debtor. | Judge Maria L. Oxholm |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on March 16, 2021 to the following:

Robert William McKiddie, Debtor
42142 Gloria Dr.
Canton, MI 48187

Barbara Lynn McKiddie, Debtor
42142 Gloria Dr.
Canton, MI 48187

Ryan Moran, Debtors' Counsel
ecf@moranlawoffice.com

David Wm Ruskin, Chapter 13 Trustee
ecf-emails@det13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Attorney for Creditor