| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Robert William McKiddie |
| Debtor 2 (Spouse, if filing) | Barbara Lynn McKiddie |
| United States Bankruptcy Court for the: | Eastern District of Michigan (State) |
| Case number | 20-44442-mlo |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 7 0 2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | 6/26/2021 and 10/25/2021 | (7) | $ 40.00 |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: Title Charges | 9/12/2021 | (11) | $ 125.00 |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2              Notice of Postpetition Mortgage Fees, Expenses, and Charges              page 1

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date 12 / 10 / 2021

Print: **Molly Slutsky Simons**
First Name    Middle Name    Last Name

Title **Attorney for Creditor**

Company **Sottile & Barile, Attorneys at Law**

Address **394 Wards Corner Road, Suite 180**
Number    Street
**Loveland, OH 45140**
City    State    ZIP Code

Contact phone ( 513 ) 444 – 4100

Email **bankruptcy@sottileandbarile.com**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Vendor** | Safeguard Properties Management, LLC | **Regarding:** | MCKIDDIE ROBERT W | **Invoice Number:** | ▮▮▮▮ | |
| **Address:** | 7887 Safeguard Circle | | 42142 GLORIA DR | **Invoice Status:** | ACH Confirmed (Exc) | |
| | Valley View, OH 44125-5742 | | CANTON, MI 48187 | **Loan No.:** | ▮▮▮▮ | |
| **Payee Code:** | PPSAFEGUAR | | | **Loan Type:** | FHA | |
| **Vendor Contact:** | Demond Eiland | | | **Acquistion Date:** | | |
| **Vendor Ref #:** | ▮▮▮▮ | | | **Type:** | Non-Judicial | |
| **Servicer:** | Rushmore Loan Management Services, LLC - (102) | | | **Referral Date :** | 10/18/2021 | |
| | | | | **Loan Location:** | | |
| **Inv. ID / Cat. ID** | ▮▮▮▮ | | | **FHA#** | ▮▮▮▮ | |
| **Investor Name** | ▮▮▮▮ | | | **Submitted Date:** | 10/27/2021 | |
| **Invoice ID** | ▮▮▮▮ | | | **Vendor Invoice Date:** | 10/26/2021 | |
| **Litigation Status Code:** | | | | **Paid In Full Date:** | N/A | |
| | | | | **Foreclosure Removal Date:** | N/A | |
| **Man Code:** | B | | | **MS Status:** | N/A | |
| | | | | **Relief Requested Date:** | N/A | |
| | | | | **Protection Begin Date:** | N/A | |
| | | | | **Protection End Date:** | N/A | |

**Original Mortgage Amount:** $155,900.00

### Property Insp. - Bankruptcy Inspection Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | ACH Requested | ACH Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 10/27/2021 | | | | 10/28/2021 | 10/28/2021 | 10/30/2021 | 2 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| **Costs** | Total: | $20.00 | Invoicing Prev. Billed: | $100.00 | Exc. Loan Allow: | | | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | | |
| **Totals** | Inv Amt: | $20.00 | Prev. Billed: | $100.00 | Loan Total Fees/Costs Prev.Billed: | | $827.00 | Exc Ord Allw: | |

**Costs**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Property Services | Insp - Drive By Inspection | 10/25/21 | 1 | $20.00 | $20.00 | $0.00 | $20.00 |

**Note:** BANKRUPTCY - NO CONTACT!!

| | | Total: | $20.00 | $0.00 | $20.00 |
|---|---|---|---|---|---|
| | | Invoice Total: | $20.00 | $0.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Vendor** | Safeguard Properties Management, LLC | **Regarding:** | MCKIDDIE ROBERT W | **Invoice Number:** | ▮▮▮▮▮ | |
| **Address:** | 7887 Safeguard Circle | | 42142 GLORIA DR | **Invoice Status:** | ACH Confirmed (Exc) | |
| | Valley View, OH 44125-5742 | | CANTON, MI 48187 | **Loan No.:** | ▮▮▮▮▮ | |
| **Payee Code:** | PPSAFEGUAR | | | **Loan Type:** | FHA | |
| **Vendor Contact:** | Demond Eiland | | | **Acquistion Date:** | | |
| **Vendor Ref #:** | ▮▮▮▮▮ | | | **Type:** | Non-Judicial | |
| **Servicer:** | Rushmore Loan Management Services, LLC - (102) | | | **Referral Date :** | 6/21/2021 | |
| **Inv. ID / Cat. ID** | ▮▮▮▮▮ | | | **Loan Location:** | | |
| **Investor Name** | ▮▮▮▮▮ | | | **FHA#** | ▮▮▮▮▮ | |
| **Invoice ID** | ▮▮▮▮▮ | | | **Submitted Date:** | 6/29/2021 | |
| **Litigation Status Code:** | | | | **Vendor Invoice Date:** | 6/28/2021 | |
| **Man Code:** | B | | | **Paid In Full Date:** | N/A | |
| | | | | **Foreclosure Removal Date:** | N/A | |
| | | | | **MS Status:** | N/A | |
| | | | | **Relief Requested Date:** | N/A | |
| | | | | **Protection Begin Date:** | N/A | |
| | | | | **Protection End Date:** | N/A | |

**Original Mortgage Amount:** $155,900.00

## Property Insp. - Property Inspection Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | ACH Requested | ACH Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 06/29/2021 | | | | 06/30/2021 | 06/30/2021 | 07/02/2021 | 2 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| **Costs** | **Total:** | $20.00 | **Invoicing Prev. Billed:** | $80.00 | **Exc. Loan Allow:** | | | **Exc Ord Allw:** | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Exc. Loan Total Fees/Costs Allow:** | | | | |
| **Totals** | **Inv Amt:** | $20.00 | **Prev. Billed:** | $80.00 | **Loan Total Fees/Costs Prev.Billed:** | | $582.00 | **Exc Ord Allw:** | |

### Costs

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Property Services | Insp - Drive By Inspection | 06/26/21 | 1 | $20.00 | $20.00 | $0.00 | $20.00 |
| **Note:** BANKRUPTCY - NO CONTACT!! | | | | | | | |
| | | | | **Total:** | $20.00 | $0.00 | $20.00 |
| | | | | **Invoice Total:** | $20.00 | $0.00 | $20.00 |



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 20-44442-mlo |
| Robert William McKiddie<br>Barbara Lynn McKiddie | Chapter 13 |
| Debtors | Judge Maria L. Oxholm |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on December 10, 2021 to the following:

Robert William McKiddie, Debtor
42142 Gloria Dr.
Canton, MI 48187

Barbara Lynn McKiddie, Debtor
42142 Gloria Dr.
Canton, MI 48187

Ryan Moran, Debtors' Counsel
ecf@moranlawoffice.com

David Wm Ruskin, Chapter 13 Trustee
ecf-emails@det13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

                                                Respectfully Submitted,

                                                /s/ Molly Slutsky Simons
                                                Molly Slutsky Simons (OH 0083702)
                                                Sottile & Barile, Attorneys at Law
                                                394 Wards Corner Road, Suite 180
                                                Loveland, OH 45140
                                                Phone: 513.444.4100
                                                Email: bankruptcy@sottileandbarile.com
                                                Attorney for Creditor